UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

INDUSTRIAL TECHNOLOGY VENTURES, L.P.,

      Plaintiff,

v.                                              Case No. 04-C-881

RONALD VAN DEN HEUVEL, et al,

      Defendants.

## ORDER FOR JUDGMENT

      Plaintiff, Industrial Technology Ventures, L.P., commenced this diversity action to recover money owed under a note and guarantee. The parties entered into a settlement agreement under which the defendants were to make certain payments to the plaintiff. The agreement provided that in the event defendants failed to make payments in the amounts and at the times due, the matter could be reopened and judgment entered in favor of the plaintiff. On April 24, 2006, plaintiff filed a motion to reopen and to enter judgment based upon defendant's failure to make the required payments. The court has now been advised that counsel for the defendants does not object to entry of judgment by essentially conceding that the settlement agreement has been breached.

      Based upon the foregoing, and pursuant to the agreement reached by the parties and the previous stipulation and order entered in this matter, IT IS HEREBY ORDERED that this action is reopened and judgment shall be entered in favor of the plaintiff, Industrial Technology Ventures, L.P., and against the defendants, Ronald H. VanDenHeuvel, Evergreen Development, LLC. and

Partners Concepts Development, Inc., jointly and severally, in the amount of $1,143,094.90 plus interest at Eighteen percent per annum from April 24, 2006.

Dated this   4th   day of May, 2006.

                                                     s/ William C. Griesbach
                                                     William C. Griesbach
                                                     United States District Judge